| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>McConnell, Jr., John J | 2. Court or Organization<br><br>District of Rhode Island | 3. Date of Report<br><br>03/09/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>[X] Nomination,     Date 03/10/2010<br>[ ] Initial   [ ] Annual   [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>02/28/2010 |
| 7. Chambers or Office Address<br><br>321 South Main St.<br>Suite 200<br>Providence, RI 02903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Children's Environmental Health Center |
| 2. Director | Copy Center at Crossroads LLC |
| 3. Officer & Board Member | Crossroads Rhode Island |
| 4. Board Member | Entity 1 (Friend's entity) |
| 5. Board Member | Foundation 1 (Friend's foundation) |
| 6. Employee | Motley Rice LLC |
| 7. Officer & Board Member | Providence Tourism Council |
| 8. Director | Providence Tourism Fund |
| 9. Board Member | Rhode Island Association for Justice |
| 10. Board Member | Roger Williams University |
| 11. Officer & Board Member | Trinity Repertory Company |
| 12. Custodian | Alliance Capital 529 College Fund #1 |
| 13. Custodian | Alliance Capital 529 College Fund #2 |
| 14. Custodian | Alliance Capital 529 College Fund #3 |
| 15. Trustee | Family Trust 1 |
| 16. Trustee | Family Trust 2 |

| | | |
|---|---|---|
| 17. | Trustee | Family Trust 3 |
| 18. | Co-Trustee | Friend Trust A |
| 19. | Co-Trustee | Friend Trust B |
| 20. | Co-Trustee | Friend Trust C |
| 21. | Co-Trustee | Friend Trust D |
| 22. | Trustee | Friend Trust E |
| 23. | Trustee | Friend Trust F |
| 24. | Member | Marthas Vineyard Colonial Inn LLC |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/30/03 | Ness Motley, P.A. Employment and Compensation Agreement (see Section VIII for further details) |
| 2. | |
| 3. | |
| 4. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | MRRM PA - deferred compensation | $ 3,457,219.00 |
| 2. 2009 | MRRM PA - deferred compensation | $ 3,720,944.00 |
| 3. 2010 | MRRM PA - deferred compensation | $ 674,642.00 |
| 4. 2008 | Motley Rice LLC - salary | $ 350,000.00 |
| 5. 2009 | Motley Rice LLC - salary | $ 300,000.00 |
| 6. 2010 | Motley Rice LLC - salary | $ 0.00 |
| 7. 2008 | Entity 1 (Friend's entity) - paid Board Member | $ 8,000.00 |
| 8. 2009 | Entity 1 (Friend's entity) - paid Board Member | $ 8,000.00 |
| 9. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. EXEMPT | |

2.

3.

4.

5.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (Family Trust 2) | | | | | EXEMPT | | | | |
| 2. --Wells Fargo Money Fund | A | Interest | M | T | | | | | |
| 3. --3M Company | A | Dividend | K | T | | | | | |
| 4. --Abbott Laboratories | B | Dividend | K | T | | | | | |
| 5. --Alcoa Inc | | None | | | | | | | |
| 6. --Alexander & Baldwin Inc | | None | | | | | | | |
| 7. --Altera Corporation | A | Dividend | M | T | | | | | |
| 8. --Amgen | | None | L | T | | | | | |
| 9. --Analog Devices | B | Dividend | L | T | | | | | |
| 10. --Applied Materials | A | Dividend | K | T | | | | | |
| 11. --Bed Bath & Beyond | | None | K | T | | | | | |
| 12. --Best Buy | A | Dividend | K | T | | | | | |
| 13. --Burlington Northern Santa Fe | B | Dividend | | | | | | | |
| 14. --Cabelas | | None | K | T | | | | | |
| 15. --Cardinal Health | A | Dividend | J | T | | | | | |
| 16. --Centennial Money Mkt Tr | | None | | | | | | | |
| 17. --Cisco Systems | | None | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J | 03/09/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Coca-Cola | A | Dividend | K | T | | | | | |
| 19. --Colgate-Palmolive | A | Dividend | K | T | | | | | |
| 20. --Costco Wholesale | A | Dividend | K | T | | | | | |
| 21. --CVS Caremark | A | Dividend | K | T | | | | | |
| 22. --Dell | | None | | | | | | | |
| 23. --Diamonds TR Unit | A | Dividend | | | | | | | |
| 24. --Dolby | | None | L | T | | | | | |
| 25. --EMC | | None | M | T | | | | | |
| 26. --Embarq | A | Dividend | | | | | | | |
| 27. --Emerson Electric | A | Dividend | L | T | | | | | |
| 28. --Financial Select Sector | A | Dividend | K | T | | | | | |
| 29. --Freeport McMoran Copper & Gold | A | Dividend | L | T | | | | | |
| 30. --General Electric Company | A | Dividend | K | T | | | | | |
| 31. --Genzyme | | None | K | T | | | | | |
| 32. --Goldman Sachs Group | A | Dividend | L | T | | | | | |
| 33. --Hansen Medical | | None | J | T | | | | | |
| 34. --Harley Davidson | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J | 03/09/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Hitachi | | None | | | | | | | |
| 36. --Home Depot | B | Dividend | L | T | | | | | |
| 37. --Illinois Tool Works | A | Dividend | K | T | | | | | |
| 38. --International Business Machines | A | Dividend | K | T | | | | | |
| 39. --Internet Holders Trust | A | Dividend | | | | | | | |
| 40. --Ishares Trust FTSE Xinhua HK China 25 Index Fund | A | Dividend | | | | | | | |
| 41. --Ishares Trust FTSE Xinhua HK China 25 Index Fund | A | Dividend | | | | | | | |
| 42. --Ishares Trust S&P Topix 150 Index Fund | A | Dividend | | | | | | | |
| 43. --Ishares TR NASDAQ Biotech Index Fund | | None | L | T | | | | | |
| 44. --Ishares Trust DJ --US Aerospace & Defense Index Fund | A | Dividend | L | T | | | | | |
| 45. --Ishares Trust DJ -- US Energy Sector | A | Dividend | K | T | | | | | |
| 46. --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 47. --Kyocera | B | Dividend | L | T | | | | | |
| 48. --Lowes | A | Dividend | K | T | | | | | |
| 49. --Metabolix | | None | J | T | | | | | |
| 50. --Microsoft | A | Dividend | K | T | | | | | |
| 51. --Mosaic | B | Dividend | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    S =Assessment
   U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Novartis AG Sponsored ADR | A | Dividend | K | T | | | | | |
| 53. --Orbital Sciences | | None | | | | | | | |
| 54. --Panasonic | A | Dividend | K | T | | | | | |
| 55. --Paychex | A | Dividend | | | | | | | |
| 56. --Pepsico | B | Dividend | L | T | | | | | |
| 57. --Powershares Exchange FD TR Golden Dragon Halter | A | Dividend | L | T | | | | | |
| 58. --Powershares Private Equity Portfolio | A | Dividend | K | T | | | | | |
| 59. --Qualcomm | C | Dividend | M | T | | | | | |
| 60. --Schlumberger | A | Dividend | L | T | | | | | |
| 61. --Schwab Charles | A | Dividend | L | T | | | | | |
| 62. --Shanda Interactive Entertainment | | None | K | T | | | | | |
| 63. --Smith International Inc | A | Dividend | L | T | | | | | |
| 64. --Sony | A | Dividend | K | T | | | | | |
| 65. --SPDR Gold Trust Gold Shares | | None | L | T | | | | | |
| 66. --Texas Instruments | A | Dividend | K | T | | | | | |
| 67. --Trinity Industries | A | Dividend | K | T | | | | | |
| 68. --United Natural Foods | | None | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
   (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   T =Cash Market
   U =Book Value   V =Other   S =Assessment   W =Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --United Parcel Service | A | Dividend | L | T | | | | | |
| 70. --Verisign | | None | L | T | | | | | |
| 71. --Vodafone Group | B | Dividend | K | T | | | | | |
| 72. --Whole Foods Market | | None | K | T | | | | | |
| 73. --Williams Companies | | None | K | T | | | | | |
| 74. --Williams Sonoma | A | Dividend | J | T | | | | | |
| 75. --Xilinx | C | Dividend | M | T | | | | | |
| 76. | | | | | | | | | |
| 77. Brokerage Account #2 (Family Trust 2) | | | | | | | | | |
| 78. --Wells Fargo Money Fund | A | Interest | L | T | | | | | |
| 79. --Dickson Cnty TN Bond | A | Interest | J | T | | | | | |
| 80. --Myrtle Beach SC Wtr &Swr Bond | A | Interest | | | | | | | |
| 81. --Rhode Island HSG & MTG Fin Corp Bond | A | Interest | K | T | | | | | |
| 82. --Rhode Island HSG & MTG Fin Corp Bond | A | Interest | L | T | | | | | |
| 83. --South Kings RI | B | Interest | | | | | | | |
| 84. --Tennessee St. School Bond | A | Interest | K | T | | | | | |
| 85. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J | 03/09/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brokerage Account 3 (Family Trust 1) | | | | | | | | | |
| 87. --Wells Fargo Money Fund | A | Interest | K | T | | | | | |
| 88. --Abbott Laboratories | B | Dividend | | | | | | | |
| 89. --Altera | A | Dividend | M | T | | | | | |
| 90. --Amazon.Com | | None | K | T | | | | | |
| 91. --Amgen | | None | K | T | | | | | |
| 92. --Analog Devices | B | Dividend | L | T | | | | | |
| 93. --Applied Materials | A | Dividend | K | T | | | | | |
| 94. --Bed Bath & Beyond | | None | | | | | | | |
| 95. --Broadvision | | None | | | | | | | |
| 96. --Cabelas | | None | K | T | | | | | |
| 97. --Cardinal Health | A | Dividend | | | | | | | |
| 98. --Cicso Systems | | None | K | T | | | | | |
| 99. --Coca-Cola | B | Dividend | L | T | | | | | |
| 100. --Colgate-Palmolive | A | Dividend | | | | | | | |
| 101. --Costo Wholesale | A | Dividend | K | T | | | | | |
| 102. --CVS Caremark | A | Dividend | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J | 03/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Dell | | None | | | | | | | |
| 104. --Diamonds Tr Unit Ser 1 | B | Dividend | | | | | | | |
| 105. --Dolby Laboratories | | None | L | T | | | | | |
| 106. --EMC | | None | M | T | | | | | |
| 107. --Embarq | | None | | | | | | | |
| 108. --Emerson Electric | A | Dividend | L | T | | | | | |
| 109. --Financial Select Sector | A | Dividend | | | | | | | |
| 110. --General Electric | A | Dividend | K | T | | | | | |
| 111. --Genzyme | | None | K | T | | | | | |
| 112. --Goldman Sachs | A | Dividend | K | T | | | | | |
| 113. --Hansen Medical | | None | | | | | | | |
| 114. --Harley Davidson | A | Dividend | | | | | | | |
| 115. --Home Depot | B | Dividend | | | | | | | |
| 116. --Illinois Tool Works | C | Dividend | L | T | | | | | |
| 117. --International Business Machines | B | Dividend | | | | | | | |
| 118. --Internet Holders Trust | A | Dividend | | | | | | | |
| 119. --Ishares Tr S&P/Topix | A | Dividend | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    S =Assessment
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J | 03/09/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. --Ishares Tr Nasdaq Biotech | | None | L | T | | | | | |
| 121. --Ishares Tr Russell 2000 | A | Dividend | K | T | | | | | |
| 122. --Ishares Trust DJ --US Aerospace & Defense Index Fund | A | Dividend | | | | | | | |
| 123. --Ishares Trust DJ -- US Energy Sector | A | Dividend | | | | | | | |
| 124. --Ishares MSCI Singapore IDX | A | Dividend | | | | | | | |
| 125. --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 126. --Kana Software | | None | | | | | | | |
| 127. --Kinross Gold | A | Dividend | | | | | | | |
| 128. --Kyocera | A | Dividend | K | T | | | | | |
| 129. --Lowe's | B | Dividend | L | T | | | | | |
| 130. --Metabolix | | None | | | | | | | |
| 131. --Metlife | | None | | | | | | | |
| 132. --Microsoft | B | Dividend | | | | | | | |
| 133. --Mosaic | B | Dividend | L | T | | | | | |
| 134. --Newmont Mining | A | Dividend | | | | | | | |
| 135. --Novartis | A | Dividend | K | T | | | | | |
| 136. --Orbital Sciences | | None | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes (See Column C2)
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
R =Cost (Real Estate Only)
Q =Appraisal
V =Other
S =Assessment
U =Book Value
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
| --- | --- |
| McConnell, Jr., John J | 03/09/2010 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --Pepsico | B | Dividend | L | T | | | | | |
| 138.  --Powershares QQQ Trust | A | Dividend | | | | | | | |
| 139.  --Powershares Exchange FD TR Golden Dragon Halter | A | Dividend | K | T | | | | | |
| 140.  --Powershares Global ETF TR Global Clean Energy | A | Dividend | L | T | | | | | |
| 141.  --Powershares Private Equity Portfolio | A | Dividend | K | T | | | | | |
| 142.  --Qualcomm | C | Dividend | M | T | | | | | |
| 143.  --Schlumberger | B | Dividend | L | T | | | | | |
| 144.  --Schwab Charles | B | Dividend | L | T | | | | | |
| 145.  --Shanda Interactive Entertainment | | None | K | T | | | | | |
| 146.  Smith International | A | Dividend | K | T | | | | | |
| 147.  --Standard & Poors | A | Dividend | | | | | | | |
| 148.  --Texas Instruments | A | Dividend | | | | | | | |
| 149.  --3M | B | Dividend | | | | | | | |
| 150.  --Trinity Industries | A | Dividend | | T | | | | | |
| 151.  --United Natural Foods | | None | M | T | | | | | |
| 152.  --United Parcel Service | B | Dividend | L | T | | | | | |
| 153.  --Verisign | | None | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   P2 =$5,000,001 - $25,000,000
(See Column C2)  Q =Appraisal   V =Other   S =Assessment   T =Cash Market
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J | 03/09/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Vodafone Group | B | Dividend | K | T | | | | | |
| 155. --Williams Companies | | None | K | T | | | | | |
| 156. --Williams Sonoma | A | Dividend | | | | | | | |
| 157. --Xilinx | C | Dividend | M | T | | | | | |
| 158. | | | | | | | | | |
| 159. Citizens Bank (Family Trust 3) | | None | J | T | | | | | |
| 160. | | | | | | | | | |
| 161. IRA #1 | | | | | | | | | |
| 162. --Wells Fargo Money Fund | A | Interest | J | T | | | | | |
| 163. --Powershares QQQ Trust | | None | K | T | | | | | |
| 164. | | | | | | | | | |
| 165. IRA #2 | | | | | | | | | |
| 166. --Wells Fargo Money Fund | A | Interest | K | T | | | | | |
| 167. --Powershares QQQ Trust | | None | K | T | | | | | |
| 168. | | | | | | | | | |
| 169. Bank RI Accounts #1 | B | Interest | J | T | | | | | |
| 170. Bank RI Accounts #2 | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J | 03/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Bank RI Accounts #3 | A | Interest | J | T | | | | | |
| 172. Bank RI Accounts #4 | A | Interest | J | T | | | | | |
| 173. Bank RI Accounts #5 | A | Interest | K | T | | | | | |
| 174. | | | | | | | | | |
| 175. Alliance Capital 529 College Fund #1 | | | | | | | | | |
| 176. --CBF Portfolio 1996-98 ALT RA | | None | K | T | | | | | |
| 177. Alliance Capital 529 College Fund #2 | | | | | | | | | |
| 178. --CBF Portfolio 1996-98 ALT RA | | None | K | T | | | | | |
| 179. Alliance Capital 529 College Fund #3 | | | | | | | | | |
| 180. --CBF Portfolio 1996-98 ALT RA | | None | | | | | | | |
| 181. | | | | | | | | | |
| 182. Catalist LLC | | None | K | U | | | | | |
| 183. DSF Capital Partners III LP | | None | N | T | | | | | |
| 184. Nemlorp LLC Distribution | | None | | | | | | | |
| 185. Nemlorp LLC Note Receivable | | None | O | T | | | | | |
| 186. ULF-Edgartown LLC | | None | | | | | | | |
| 187. ULF-Edgartown Notes & Loans Receivable | | None | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2)  Q =Appraisal  V =Other  S =Assessment  T =Cash Market
U =Book Value  W =Estimated

FINANCIAL DISCLOSURE REPORT

Page 17 of 20

Name of Person Reporting

McConnell, Jr., John J

Date of Report

03/09/2010

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | | | | | |
| 189. Trinity Repertory Theater Loan Receivable | | None | | | | | | | |
| 190. | | | | | | | | | |
| 191. ING Variable Life:Ing Stock Index Portfolio I Class | | None | M | T | | | | | |
| 192. MassMutual:Strategic Group Universal Life Insurance | | None | J | T | | | | | |
| 193. | | | | | | | | | |
| 194. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 195. | | | | | | | | | |
| 196. Motley Rice LLC Employee Retirement Savings Plan | | | | | | | | | |
| 197. --American Funds Europacific | | None | M | T | | | | | |
| 198. --Neuberger Berman Genesis | | None | M | T | | | | | |
| 199. --Scudder S&P 500 Index | | None | M | T | | | | | |
| 200. --Model 09 Program | | None | | | | | | | |
| 201. -Motley Rice Agressive Program | | None | O | T | | | | | |
| 202. | | | | | | | | | |
| 203. Wells Fargo CD Account | C | Interest | | | | | | | |
| 204. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J | 03/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Martha's Vineyard Colonial Inn LLC | | None | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | Y =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I Positions
A) Family Trust 1 is an unfunded life insurance trust
B) Family Trust 2 is an unfunded life insurance trust
C) Friend Trust A was not created directly by the reporting person, his spouse, or any dependent child and they have no interest in the underlying assets
D) Friend Trust B was not created directly by the reporting person, his spouse, or any dependent child and they have no interest in the underlying assets
E) Friend Trust C was not created directly by the reporting person, his spouse, or any dependent child and they have no interest in the underlying assets
F) Friend Trust D was not created directly by the reporting person, his spouse, or any dependent child and they have no interest in the underlying assets
G) Friend Trust E was not created directly by the reporting person, his spouse, or any dependent child and they have no interest in the underlying assets
H) Friend Trust F was not created directly by the reporting person, his spouse, or any dependent child and they have no interest in the underlying assets

Part II Agreements
A) Ness Motley, P.A. Employment and Compensation Agreement, dated January 30, 2003 by and between Ness Motley, P.A. (f/k/a Ness, Motley, Loadholt, Richardson & Poole, Professional Association) and its attorney signatories, setting forth the disbursement of net income received by the firm as compensation for services previosly rendered.

---

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date 3/9/2010

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 214 | 636 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 4 | 811 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 6 | 840 | 352 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | 1 | 722 | 500 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | 962 | 410 | Unpaid income tax | | | |
|   Due from others | | 521 | 959 | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | 4 | 899 | 700 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 30 | 000 | | | | |
| Cash value-life insurance | | 143 | 452 | | | | |
| Other assets itemize: | | | | | | | |
|   MRRM, P.A. Deferred Comp. -- see schedule | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 15 | 339 | 820 |
| Total Assets | 15 | 339 | 820 | Total liabilities and net worth | 15 | 339 | 820 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor * | | | | Are any assets pledged? (Add schedule) | | | |
|   1.  GUARANTOR OF LINE OF CREDIT AT CITIZENS BANK FOR TRINITY REPERTORY COMPANY (NON-PROFIT THEATRE CO.) | 1 | 000 | 000 | | | | |
|   2.  GUARANTOR OF NOTES WITH THE MARTHA'S VINEYARD SAVINGS BANK FOR MARTHA'S VINEYARD COLONIAL INN, LLC | 4 | 900 | 000 | NO | | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |